1048

THE STATE OF WASHINGTON, *Respondent*, v. JESSE T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01387-4, Dale B. Ramerman, J., entered September 25, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JONIQUE'CA DARDEN, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-8-03252-6, LeRoy McCullough, J., entered October 7, 2002 and January 21, 2003. *Affirmed* by unpublished per curiam opinion.

CITIZENS FOR SAFE AND LEGAL TRAILS, *Appellant*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-00794-7, J. Kathleen Learned, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Appelwick, JJ.

DELORES SIMMONS, *Appellant*, v. RICHARD VAN KOLKEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-00079-3, David A. Nichols, J., entered January 31, 2003. *Affirmed* by unpublished per curiam opinion.